# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAXWELL STEINBERG, et al.,<br>    Plaintiff(s),<br>v.<br>CARRINGTON MORTGAGE SERVICE, LLC, et al.,<br>    Defendant(s). | Case No. 2:21-cv-01249-APG-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Pending before the Court is Defendant Carrington's motion to extend its deadline to respond to the complaint based on, *inter alia*, the prospect of an imminent settlement. Docket No. 8. For good cause shown, the motion is **GRANTED** and the deadline to respond to the complaint is **EXTENDED** to August 16, 2021.

IT IS SO ORDERED.

Dated: July 15, 2021

Nancy J. Koppe
United States Magistrate Judge